IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL T. DONOHUE, | : | No. 4:03-cv-2292 |
| | : | |
| Plaintiff, | : | |
| | : | Judge Jones |
| v. | : | |
| | : | |
| UNITED STATES POSTAL SERVICE, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**September 1, 2005**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On August 12, 2004, we issued an Order directing Plaintiff Michael T. Donohue ("Donohue" or "Plaintiff") to make proper service on the Defendant United States Postal Service within thirty (30) days pursuant to Federal Rule of Civil Procedure 4(m). (See Rec. Doc. 5). As the thirty days have elapsed and proper service has not been made by Plaintiff, his action will be dismissed without prejudice.

1

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1.      Plaintiffs' complaint is DISMISSED without prejudice for failure to make proper service pursuant to Fed.R.Civ.P. 4(m).

3.      The Clerk of Court shall Close the file on this case.


                                s/ John E. Jones III
                                John E. Jones III
                                United States District Judge